

**NUMBER 13-08-00253-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**DELL JAMES,**         **Appellant,**

**v.**

**ERIN KOSTER, M. D. AND MICHAEL KOSTER ,**         **Appellees.**

---

**On appeal from the 380th District Court
of Collin County, Texas.**

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

This case is before the Court on a joint motion to vacate the trial court's judgment and remand to the trial court for rendition of judgment. The parties have reached an agreement with regard to the disposition of the matters currently on appeal. Pursuant to agreement, the parties request this Court to vacate the trial court's judgment without

regards to the merits, and remand this case to the trial court for rendition of a judgment in accordance with the agreement of the parties.

The joint motion to vacate and remand is GRANTED. Accordingly, we VACATE the trial court's judgment without regard to the merits, and REMAND this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM

Memorandum Opinion delivered and
filed this the 12th day of March, 2009.